United States District Court
Southern District of Texas
**ENTERED**
September 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TONY ELYAMANI, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-1433 |
| § | |
| SPRING FITNESS I, LLC, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal, this action is DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 22nd day of September, 2020.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE